Corey Allen Evans (SBN 218789)
Geneva Page (SBN 235633)
**EVANS & PAGE**
One Market Plaza
Spear Tower Suite 3600
San Francisco CA 94105-1102

ph: (415) 293-8592
fax: (415) 358-5855

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFREDO KUBA, <br><br> Plaintiff, <br><br> v. <br><br> 1-A AGRICULTURAL ASSOCIATION, et al. <br><br> Defendants. | CASE NO.: 05-CV-05259-WHA <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Hearing Date……..April 5, 2006 <br> Time……………...2:00 p.m. <br> Judge……………..William Alsup |

WHEREAS, Plaintiff Alfredo Kuba has scheduled a motion for a preliminary injunction on April 5, 2006, and the parties desire to stipulate to a briefing schedule in accordance with Local Rule 7-12.

WHEREAS, the parties have conferred and agreed upon the following briefing schedule:

1. Plaintiff's motion shall be filed on or before March 13, 2006,

2. Defendants' opposition shall be filed on or before March 23, 2006, and

3. Plaintiff's reply shall be filed on or before March 30, 2006.

It is acknowledged by the parties that certain exhibits, e.g. video tapes, cannot be filed electronically and therefore will be sent the day after the above stated deadlines.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: March 15, 2006

William Alsup
United States District Judge