Corey Allen Evans (SBN 218789)
cevans@evansandpage.com
Geneva Page (SBN 235633)
gpage@evansandpage.com
**EVANS & PAGE**
One Market Plaza
Spear Tower Suite 3600
San Francisco CA 94105-1102
ph: (415) 293-8592
fax: (415) 358-5855

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFREDO KUBA, <br><br> Plaintiff, <br><br> v. <br><br> 1-A AGRICULTURAL ASSOCIATION, an agency of the California Dept. of food and Agriculture's Division of Fairs and Expositions; DALY CITY POLICE DEPARTMENT, a governmental agency; DALY CITY POLICE SERGEANT GRIGGS, DALY CITY POLICE OFFICER M.O. ROURKE; DALY CITY POLICE OFFICER LOUIS JACKSON; DALY CITY POLICE OFFICER HYINK HUSSAIN; DALY CITY POLICE OFFICER ROBERT LIRA; and DIANE GUARAZZI, <br><br> Defendants. | CASE NO.: 05-CV-05259-WHA <br><br> **STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** <br><br> Judge……………..William Alsup <br> Trial……………..February 5, 2007 |

This stipulation and proposed order are submitted pursuant to ADR L-R 6-5 and Civil L-R 7-12.

On March 24, 2006, this Court appointed H. Jay Folberg as the mediator in this matter. The deadline for completion of the mediation is June 9, 2006. On May 22, 2006, the parties conducted a telephone conference pursuant to ADR L.R. 6-6. During the telephone conference the parties discuss the scope of the matters to be discussed at the mediation. Plaintiff wanted any mediation to involve discussion and possible resolution of all of his perceived problems with Defendant 1-A District Agricultural Association's free speech policy ("Policy"). Defendants believe that some of Plaintiff's perceived problems with the Policy exceed the scope of Plaintiff's First Amended Complaint currently on file. Therefore, the parties differed as to what issues were a prerequisite to settling this matter at the mediation. Plaintiff agreed

1  to file a motion to amend his complaint to more clearly state all of his causes of actions against Defendant 1-
2  A District Agricultural Association based on the Policy.

3  **STIPULATION**

4  Based on the above, the parties stipulate to an extension of the deadline to complete mediation. The
5  parties are satisfied with the mediator that has been assigned to this case and would like to retain Mr. Folberg
6  as the mediator on this matter. The parties stipulation that mediation can be completed on or before August
7  4, 2006.

8

9  Date: June 5, 2006

   Corey Evans
   Attorney for Plaintiff Alfredo Kuba
10

11

12  Date: June ___, 2006

    Jennifer Addams
    Attorney for Defendant Daly City
    Police Department
13

14  Date: June ___, 2006

    Elizabeth Nuñez
    Attorney for Defendant 1-A District
15  Agricultural Association

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17

18  Date:_____

19
                                                    WILLIAM ALSUP
20                                                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

EVANS & PAGE
SAN FRANCISCO

STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION     PAGE 2

to file a motion to amend his complaint to more clearly state all of his causes of actions against Defendant 1-A District Agricultural Association based on the Policy.

## STIPULATION

Based on the above, the parties stipulate to an extension of the deadline to complete mediation. The parties are satisfied with the mediator that has been assigned to this case and would like to retain Mr. Folberg as the mediator on this matter. The parties stipulation that mediation can be completed on or before August 4, 2006.

Date: June ___, 2006

Corey Evans
Attorney for Plaintiff Alfredo Kuba

Date: June 5, 2006

Jennifer Addams
Attorney for Defendant Daly City Police Department

Date: June ___, 2006

Elizabeth Nuñez
Attorney for Defendant 1-A District Agricultural Association

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date:_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

to file a motion to amend his complaint to more clearly state all of his causes of actions against Defendant 1-A District Agricultural Association based on the Policy.

### STIPULATION

Based on the above, the parties stipulate to an extension of the deadline to complete mediation. The parties are satisfied with the mediator that has been assigned to this case and would like to retain Mr. Folberg as the mediator on this matter. The parties stipulation that mediation can be completed on or before August 4, 2006.

Date: June ___, 2006

Corey Evans
Attorney for Plaintiff Alfredo Kuba

Date: June ___, 2006

Jennifer Addams
Attorney for Defendant Daly City Police Department

Date: June 5, 2006

Elizabeth Nuñez
Attorney for Defendant 1-A District Agricultural Association

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: June 6, 2006

APPROVED
Judge William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

EVANS & PAGE
SAN FRANCISCO

STIPULATION AND [proposed] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION     PAGE 2