IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO KUBA,

    Plaintiff,

  v.

1-A AGRICULTURAL ASSOCIATION, an agency of the California Department of Food and Agriculture's Division of Fairs and Expositions; DALY CITY POLICE DEPARTMENT, a governmental agency; and DOES 1 through 20, inclusive,

    Defendants.
                                    /

No. C 05-05259 WHA

**ORDER DENYING REQUEST FOR EXTENSION OF DISCOVERY DEADLINE**

        The parties jointly request an extension of forty days to the non-expert discovery cut-off in this action currently set on September 29, 2006. This action has been pending since December 20, 2005, and is the second similar action between these parties. While the parties have articulated their effort with respect to mediation of this action, they have not presented sufficient description of their diligence with respect to completing their non-expert discovery by the court-ordered deadline. Moreover, the only proffered justification for the extension is to limit attorney's fees assuming settlement at further mediation. This order finds this is not good cause for an extension. The parties' request, therefore is **DENIED**.

        **IT IS SO ORDERED.**

Dated: August 22, 2006

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE