IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO KUBA,

    Plaintiff,

 v.

1-A AGRICULTURAL ASSOCIATION, an agency of the California Department of Food and Agriculture's Division of Fairs and Expositions; DALY CITY POLICE DEPARTMENT, a governmental agency; and DOES 1 through 20, inclusive,

    Defendants.
                                                /

No. C 05-05259 WHA

**ORDER APPROVING STIPULATED CONSENT DECREE SUBJECT TO LIMITATIONS**

      This order hereby approves the stipulated consent decree entered into by Alfredo Kuba and 1-A Agricultural Association. This order, however, limits approval of the decree to the following extent. The Court shall only retain jurisdiction to enforce the decree and review enactment of its terms until September 26, 2006, one week after 1-A Agricultural's board purportedly will meet to adopt the terms of the decree. By September 26, the parties shall either submit a stipulated dismissal of this action, or, if the parties dispute the adequacy of the board's adoption of the decree, the parties shall notify the Court of the dispute. If a dispute exists, the Court's approval of the decree will be relinquished, and the parties will be expected to proceed with the above-captioned action pursuant to the schedule in the case management order.

      **IT IS SO ORDERED.**

Dated: September 13, 2006

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California