IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO KUBA,<br><br>    Plaintiff,<br><br>  v.<br><br>1-A AGRICULTURAL ASSOCIATION, an agency of the California Department of Food and Agriculture's Division of Fairs and Expositions; DALY CITY POLICE DEPARTMENT, a governmental agency; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-05259 WHA<br><br>**AMENDED ORDER APPROVING STIPULATED CONSENT DECREE SUBJECT TO LIMITATIONS** |

    Due to plaintiff counsel's unavailability, this order modifies the Court's previous approval of the parties' stipulated consent decree so as to extend the time for retaining jurisdiction over the decree until October 9, 2006.

**IT IS SO ORDERED.**

Dated: September 14, 2006

                                                                         WILLIAM ALSUP<br>
                                                                         UNITED STATES DISTRICT JUDGE